## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: STEVEN L. ROBINSON §     Case No. 18-81012
    NICOLE N. BUCCI §
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was converted to chapter 13 on 07/25/2018.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 09/13/2018.

6) Number of months from filing or conversion to last payment: NA.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 0.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 0.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 0.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 0.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LORRAINE M GREENBERG | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Sec | 5,000.00 | 7,360.60 | 5,000.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 0.00 | 2,360.60 | 0.00 | 0.00 |
| HYUNDAI LEASE TITLING TRUST | Sec | 664.65 | 664.55 | 664.55 | 0.00 | 0.00 |
| LOANCAREA/PLATINUM HOME | Sec | 23,765.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA an | Sec | 21,943.72 | 21,943.72 | 21,943.72 | 0.00 | 0.00 |
| CABO-PREMIER VACATONS TRUST | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| AAMS/AUTOMATED ACCOUNTS | Uns | 784.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD | Uns | 190.40 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CARE | Uns | 935.98 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CARE | Uns | 567.80 | NA | NA | 0.00 | 0.00 |
| ALOHA CONSTRUCTION | Uns | 5,500.00 | NA | NA | 0.00 | 0.00 |
| APTIVE ENVIRONMENTAL - | Uns | 293.36 | NA | NA | 0.00 | 0.00 |
| ARF FINANCIAL LLC | Uns | 14,745.00 | NA | NA | 0.00 | 0.00 |
| AVANT | Uns | 3,770.05 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Uns | 1,290.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 2,856.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE | Uns | 2,420.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 1,167.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 1,837.22 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE (MAURICES) | Uns | 64.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE (USA) NA | Uns | 575.72 | NA | NA | 0.00 | 0.00 |
| CARING FAMILY SC | Uns | 290.00 | NA | NA | 0.00 | 0.00 |
| CARING FAMILY SC | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| CARING FAMILY SC | Uns | 298.55 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 5,341.00 | 5,341.34 | 5,341.34 | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 4,771.00 | 5,036.62 | 5,036.62 | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 788.00 | 788.35 | 788.35 | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 476.00 | 476.55 | 476.55 | 0.00 | 0.00 |
| CHASE CARD SERVICES | Uns | 453.00 | NA | NA | 0.00 | 0.00 |
| CHORZEMPA & ZIAH, DDS LTD | Uns | 1,073.71 | NA | NA | 0.00 | 0.00 |
| COCOA BEACH DEVELOPMENT INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK BANKRUPTCY | Uns | 103.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 356.84 | 356.84 | 0.00 | 0.00 |
| COMENITY BANK/MAURICES | Uns | 64.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 143.00 | 143.32 | 143.32 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 858.00 | 858.29 | 858.29 | 0.00 | 0.00 |
| CONNEXUS CU | Uns | 7,232.00 | NA | NA | 0.00 | 0.00 |
| CRYSTAL LAKE IMMED CARE PHYS | Uns | 115.55 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 5,177.00 | 5,177.25 | 5,177.25 | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 0.00 | 1,361.91 | 1,361.91 | 0.00 | 0.00 |
| DTE ENERGY | Uns | 260.66 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES CREDIT UNION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES CREDIT UNION | Uns | 12,314.23 | NA | NA | 0.00 | 0.00 |
| HELVEY & ASSOCIATES | Uns | 742.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ICS INC. | Uns | 241.40 | NA | NA | 0.00 | 0.00 |
| INVESTMENT RETRIEVERS INC | Uns | 739.00 | 739.28 | 739.28 | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Uns | 12,314.00 | 12,314.23 | 12,314.23 | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 1,032.00 | 1,032.86 | 1,032.86 | 0.00 | 0.00 |
| LAKEMOOR DENTAL P.C. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LTD FINANCIAL SERVICES LP | Uns | 648.62 | NA | NA | 0.00 | 0.00 |
| LVNVFUNDING/RESURGENT | Uns | 2,325.00 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH SYSTEM | Uns | 35.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,693.00 | 1,692.52 | 1,692.52 | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 5,818.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 3,917.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 3,506.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 3,126.00 | 3,163.49 | 3,163.49 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 2,274.00 | 2,311.16 | 2,311.16 | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 995.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC | Uns | 127.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,079.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 551.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 472.00 | NA | NA | 0.00 | 0.00 |
| SPECIFIC BEAUTY | Uns | 86.56 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 1,553.54 | NA | NA | 0.00 | 0.00 |
| STATE OF CALIFORNIA | Uns | 5,755.10 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/JC PENNEYS | Uns | 2,500.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Uns | 280.00 | NA | NA | 0.00 | 0.00 |
| THE RESORT ON COCOA BEACH | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 2,763.00 | 2,763.46 | 2,763.46 | 0.00 | 0.00 |
| TRI-COUNTY EMERGENCY | Uns | 271.20 | NA | NA | 0.00 | 0.00 |
| TRI COUNTY EMERGENCY | Uns | 126.12 | NA | NA | 0.00 | 0.00 |
| TRI-COUNTY EMERGENCY | Uns | 250.82 | NA | NA | 0.00 | 0.00 |
| VERIZON | Uns | 751.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 21,943.72 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 5,664.55 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 27,608.27 | $ 0.00 | $ 0.00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 45,918.07 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 0.00 | |
| Disbursements to Creditors | $ 0.00 | |
| | | |
| **TOTAL DISBURSEMENTS:** | | $ 0.00 |

12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  <u>10/25/2018</u>          By:  <u>/s/ Lydia S. Meyer</u>
                                         Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)